# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Christopher M Kudla | § | Case No. 10-26894 |
| Tricia L. Kudla | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/15/2010 . The undersigned trustee was appointed on 09/13/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                              $    390,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 162,607.87 |
| Bank service fees | 479.04 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 18,250.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]      $ | 208,663.09 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  07/20/2017  and the deadline for filing governmental claims was  07/20/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 12,416.49 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 12,416.49 , for a total compensation of $ 12,416.49 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 135.36 , for total expenses of $ 135.36 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/03/2017                By:/s/Cindy M. Johnson
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 10-26894 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Cindy M. Johnson |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Christopher M Kudla | | | | Date Filed (f) or Converted (c): | 06/15/2010 (f) |
| | Tricia L. Kudla | | | | 341(a) Meeting Date: | 05/22/2014 |
| For Period Ending: | 10/03/2017 | | | | Claims Bar Date: | 07/20/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Personal Injury Claim (u) | 233,436.75 | 350,000.00 | | 390,000.00 | FA |
| 2. Real Property | 170,000.00 | Unknown | | 0.00 | FA |
| 3. Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 4. Household goods and furnishings, including audio, video, and | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5. Books, pictures and other art objects; antiques; stamp, coin | 200.00 | 0.00 | | 0.00 | FA |
| 6. Wearing apparel. | 800.00 | 0.00 | | 0.00 | FA |
| 7. Firearms and sports, photographic, and other hobby equipment | 100.00 | 0.00 | | 0.00 | FA |
| 8. Interests in IRA, ERISA, Keogh or other pension or profit sh | Unknown | Unknown | | 0.00 | FA |
| 9. Automobiles, trucks, trailers, and other vehicles and access | 17,550.00 | 15,150.00 | | 0.00 | FA |
| 10. Automobiles, trucks, trailers, and other vehicles and access | 12,000.00 | 9,600.00 | | 0.00 | FA |
| 11. office equipment, furnishings, and supplies | 200.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | | $435,386.75 | $375,750.00 | | $390,000.00 | $0.00 |
| --- | --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

This case was reopened in order to administer an asset from likely litigation settlement. Trustee hired counsel. Settlement approved 7/7/17 (doc. 120). Settlement sufficient to pay all allowed claims with interest and provided for surplus to be returned to Debtor (H).
All assets other than the settlement were fully administered by the prior trustee (Thomas Sullivan) as of 5/28/14 when he filed his report of no assets.

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 2 | -- | 61 Kentland Drive, Romeoville, Illinois 60446- Petition value amended 9/21/2016 to 4. of |
| RE PROP # | 3 | -- | Cash on Hand |
| RE PROP # | 4 | -- | Miscellaneous furniture and furnishings, including but not limited; 3 bedes, 1 TV, 1 VCR, 1 DVD, stereo, 3 Sofa', 1 Loveseat, 6 chairs entertainment center, 2 end tables, mirrior, dining room table, dish sets, washer, dryer, microwave, garden tools , and mower |
| RE PROP # | 5 | -- | Family pictures and books |
| RE PROP # | 6 | -- | Necessary wearing apparel |
| RE PROP # | 7 | -- | Firearm (Glock) |
| RE PROP # | 8 | -- | Policeman's Pension Fund and Wife's (401 K Unknown for both) |
| RE PROP # | 9 | -- | 2006 Dodge Ram (55K) |
| RE PROP # | 10 | -- | 2007 Nissan Ultima (45K miles) (paid in full) |
| RE PROP # | 11 | -- | computer, desk and fax |

Initial Projected Date of Final Report (TFR):               Current Projected Date of Final Report (TFR):

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 10-26894 | Trustee Name: Cindy M. Johnson | |
| Case Name: Christopher M Kudla | Bank Name: BOK Financial | |
| Tricia L. Kudla | Account Number/CD#: XXXXXX0429 | |
| | Checking | |
| Taxpayer ID No: XX-XXX7817 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 10/03/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/21/17 | 1 | Dioscese of Joliet | Personal injury claim | 1142-000 | $390,000.00 | | $390,000.00 |
| 07/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $109.38 | $389,890.62 |
| 08/01/17 | 101 | Kudla, Christopher M<br>Jordan Legal Group, Ltd.<br>1999 W. Galena Blvd., Suite B<br>Aurora, Illinois 60506 | Exemption claimed in Settlement Payment | 8100-000 | | $18,250.00 | $371,640.62 |
| 08/01/17 | 102 | Kerns, Frost & Pearlman, LLC<br>30 W Monroe<br>Suite 1600<br>Chicago, Illinois 60603 | Firm's fees | 3210-000 | | $156,000.00 | $215,640.62 |
| 08/01/17 | 103 | Kerns, Frost & Pearlman, LLC<br>30 W Monroe<br>Suite 1600<br>Chicago, Illinois 60603 | Firm's Expenses | 3220-000 | | $563.25 | $215,077.37 |
| 08/07/17 | 101 | Kudla, Christopher M<br>Jordan Legal Group, Ltd.<br>1999 W. Galena Blvd., Suite B<br>Aurora, Illinois 60506 | Exemption claimed in Settlement Payment Reversal Debtor unable to cash check due to law firm address listed on check | 8100-000 | | ($18,250.00) | $233,327.37 |
| 08/07/17 | 104 | Christopher M Kudla | Exemption claimed in Settlement Payment | 8100-002 | | $18,250.00 | $215,077.37 |
| 08/22/17 | 105 | Zane L. Zielinski P. C.<br>The Law Office of Zane L. Zielinski, P.C.<br>6336 North Cicero Ave.<br>Suite 201<br>Chicago, IL 60646 | Attorney fees | 3210-000 | | $5,915.00 | $209,162.37 |
| 08/22/17 | 106 | Zane L. Zielinski P. C.<br>The Law Office of Zane L. Zielinski, P.C.<br>6336 North Cicero Ave.<br>Suite 201<br>Chicago, IL 60646 | Attorney expenses | 3220-000 | | $129.62 | $209,032.75 |
| 08/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $369.66 | $208,663.09 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Page Subtotals:    $390,000.00    $181,336.91

|  | | |
|---|---:|---:|
| COLUMN TOTALS | $390,000.00 | $181,336.91 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $390,000.00 | $181,336.91 |
| Less: Payments to Debtors | $0.00 | $18,250.00 |
| Net | $390,000.00 | $163,086.91 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0429 - Checking | $390,000.00 | $163,086.91 | $208,663.09 |
|  | $390,000.00 | $163,086.91 | $208,663.09 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $390,000.00 |
| Total Gross Receipts: | $390,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 10-26894
Debtor Name: Christopher M Kudla
Claims Bar Date: 7/20/2017

Date: October 3, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| a 99 8100 | Christopher M Kudla | Administrative | | $18,250.00 | $18,250.00 | $18,250.00 |
| 100 2100 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $12,416.49 | $12,416.49 |
| 100 2200 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $135.36 | $135.36 |
| b 100 3210 | Kerns, Frost & Pearlman, LLC<br>30 W Monroe<br>Suite 1600<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $156,000.00 | $156,000.00 |
| 100 3210 | P. C. Zane Zielinski<br>6336 North Cicero Ave.<br>Suite 201<br>Chicago, IL 60646 | Administrative | | $0.00 | $5,915.00 | $5,915.00 |
| c 100 3220 | Kerns, Frost & Pearlman, LLC<br>30 W Monroe<br>Suite 1600<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $563.25 | $563.25 |
| 100 3220 | P. C. Zane Zielinski<br>6336 North Cicero Ave.<br>Suite 201<br>Chicago, IL 60646 | Administrative | | $0.00 | $129.62 | $129.62 |
| 3 300 7100 | American Infosource Lp As Agent For<br>World Financial Network National Bank As<br>Harlem Furniture<br>Po Box 248872<br>Oklahoma City, Ok 73124-8872 | Unsecured | (a) TCMS popped up with a payment status of withdrawn. I see nothing on the claims register of the docket withdrawing the claim.<br>(b) $392.00 of the claimed amount was previously paid by the Chapter 13 Trustee (see doc. 94), and, therefore, the allowed amount listed is the balance of the claim remaining to be paid. | $1,809.00 | $1,969.47 | $1,577.47 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 10-26894  
Debtor Name: Christopher M Kudla  
Claims Bar Date: 7/20/2017  

Date: October 3, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5 300 7100 | American Infosource Lp As Agent For<br>T Mobile/T-Mobile Usa Inc<br>Po Box 248848<br>Oklahoma City, Ok 73124-8848 | Unsecured | $89.53 of the claimed amount was previously paid by the Chapter 13 Trustee (see doc. 94), and, therefore, the allowed amount listed is the balance of the claim remaining to be paid. | $0.00 | $449.82 | $360.29 |
| 10 300 7100 | Pra Receivables Management, Llc As Agent Of Portfolio Recovery Assocs.<br>C/O Citibank<br>Pob 41067<br>Norfolk Va 23541 | Unsecured | $647.22 of the claimed amount was previously paid by the Chapter 13 Trustee (see doc. 94), and, therefore, the allowed amount listed is the balance of the claim remaining to be paid. | $0.00 | $3,251.76 | $2,604.54 |
| 15 300 7100 | Paypal Inc<br>Po Box 45950<br>Omaha, Ne 68145-0950 | Unsecured | $161.08 of the claimed amount was previously paid by the Chapter 13 Trustee (see doc. 94), and, therefore, the allowed amount listed is the balance of the claim remaining to be paid. | $0.00 | $809.26 | $648.18 |
| 19 300 7100 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $1,293.00 | $1,354.66 | $1,354.66 |
| 20 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Fnbm, Llc<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $964.82 | $964.82 |
| | Case Totals | | | $21,352.00 | $202,209.51 | $200,919.68 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Claim Register Note:  
Claim Number 14 for $212,701.02 (secured) was withdrwn per order dated 9/2/11, docket number 76.

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-26894
Case Name: Christopher M Kudla
     Tricia L. Kudla
Trustee Name: Cindy M. Johnson

| | | |
|---|---|---|
| Balance on hand | $ | 208,663.09 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Cindy M. Johnson | $ 12,416.49 | $ 0.00 | $ 12,416.49 |
| Trustee Expenses: Cindy M. Johnson | $ 135.36 | $ 0.00 | $ 135.36 |
| Attorney for Trustee Fees: P. C. Zane Zielinski | $ 5,915.00 | $ 5,915.00 | $ 0.00 |
| Attorney for Trustee Expenses: P. C. Zane Zielinski | $ 129.62 | $ 129.62 | $ 0.00 |
| Other: Kerns, Frost & Pearlman, LLC | $ 156,000.00 | $ 156,000.00 | $ 0.00 |
| Other: Kerns, Frost & Pearlman, LLC | $ 563.25 | $ 563.25 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 12,551.85 |
| Remaining Balance | $ 196,111.24 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,509.96  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | American Infosource Lp As Agent For | $ 1,577.47 | $ 0.00 | $ 1,577.47 |
| 5 | American Infosource Lp As Agent For | $ 360.29 | $ 0.00 | $ 360.29 |
| 10 | Pra Receivables Management, Llc | $ 2,604.54 | $ 0.00 | $ 2,604.54 |
| 15 | Paypal Inc | $ 648.18 | $ 0.00 | $ 648.18 |
| 19 | Capital One Bank (Usa), N.A. | $ 1,354.66 | $ 0.00 | $ 1,354.66 |
| 20 | Pyod, Llc Its Successors And Assigns As Assignee | $ 964.82 | $ 0.00 | $ 964.82 |
| | Total to be paid to timely general unsecured creditors | | $ | 7,509.96 |
| | Remaining Balance | | $ | 188,601.28 |

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

  To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 181.16 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

  The amount of surplus returned to the debtor after payment of all claims and interest is $ 188,420.12 .