**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | 10-26894 |
| | ) | |
| Christopher M. Kudla and | ) | Chapter 7 |
| Tricia L. Kudla, | ) | |
| Debtors. | ) | Hon. Pamela S. Hollis |

**CERTIFICATE OF SERVICE**

      I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the Notice of Final Report to the debtor(s), the debtor(s) attorney, all parties in interest, and all creditors (listed on the below service list) via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on October 10, 2017.

Cindy M. Johnson                                                ___/s/ Cindy M. Johnson_____
Chpater 7 Trustee
140 S. Dearborn St., Suite 1510
Chicago, IL 60603
312-345-1306

**SERVICE LIST**

**Electronic Notice List**

- Denise A Delaurent    USTPRegion11.es.ecf@usdoj.gov, Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov
- Joel P Fonferko    ND-One@il.cslegal.com
- Kathryn Gleason    USTPRegion11.es.ecf@usdoj.gov, Kathryn.M.Gleason@usdoj.gov
- Cindy M. Johnson    cmjtrustee@jnlegal.net, cjohnson@ecf.epiqsystems.com
- Darrell L Jordan    lawjko@yahoo.com, dlj60506@gmail.com
- Kathryn A Klein    iln@riezmanberger.com
- Kathryn A Klein    iln@riezmanberger.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Debra J Vorhies Levine    debravlevine@yahoo.com
- Yanick Polycarpe    ypolycarpe@atty-pierce.com, northerndistrict@atty-pierce.com
- Lydia Y Siu    lsiu@atty-pierce.com, northerndistrict@atty-pierce.com
- Rachael A Stokas    ND-Two@il.cslegal.com
- Zane L Zielinski    trustee@zanezielinski.com, fax@zanezielinski.com

**Manual Notice List**

See Attached Service List

# Service List

| | | |
|---|---|---|
| Christopher M Kudla<br>Tricia L. Kudla<br>1977 Rosehill Court<br>Romeoville, IL 60446-3729 | Darrell L Jordan<br>Law Offices of Darrell L. Jordan<br>1999 West Galena, Suite B<br>Aurora, IL 60506-4305 | Chase Home Finance, LLC<br>c/o Codilis and Associates<br>15W030 North Frontage Road<br>Suite 100<br>Burr Ridge, IL 60527-6921 |
| Chrysler Financial Services Americas, L.L.C.<br>c/o Riezman Berger, P.C.<br>7700 Bonhomme Ave.<br>7th Floor<br>St. Louis, MO 63105-1960 | EMC Mortgage Corporation<br>2780 Lake Vista Drive<br>Lewisville, TX 75067-3884 | East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>GREENVILLE, SC 29602-0288 |
| JPMorgan Chase Bank, National Association as<br>c/o Codilis & Associates, P.C.<br>15W030 N. Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 | TD Auto Finance LLC  f/k/a Chrysler Financia<br>c/o Riezman Berger P.C.<br>7700 Bonhomme Ave<br>7th Floor<br>St. Louis, MO 63105-1960 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 |
| American Infosource Lp As Agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | American Infosource Lp As Agent for<br>World Financial Network National Bank As<br>Harlem Furniture<br>PO Box 248872<br>Oklahoma City, OK  73124-8872 | American Infosource Lp As Agent for<br>World Financial Network National Bank As<br>Victoria's Secret<br>PO Box 248872<br>Oklahoma City, OK  73124-8872 |
| Bank Of America<br>Po Box 1598<br>Norfolk, VA 23501-1598 | Bank Of America<br>Po Box 17054<br>Wilmington, DE 19850-7054 | Bill Me Later<br>P.O. Box 105658<br>Atlanta, GA 30348-5658 |
| CR Evergreen, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374-0933 | Chase Home Finance, LLC<br>c/o Codilis & Associates, P.C.<br>15W030 N. Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 |
| Chase Manhattan Mortga<br>10790 Rancho Bernardo Rd<br>San Diego, CA 92127-5705 | (p)CHRYSLER FINANCIAL<br>27777 INKSTER RD<br>FARMINGTON HILLS MI 48334-5326 | Chrysler Financial<br>c/o Kathryn A. Klien<br>7700 Bonhomme, 7th Floor<br>Saint Louis, MO 63105-1960 |
| Credit One Bank<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 |

| | | |
|---|---|---|
| EMC Mortgage Corporation<br>C/O Pierce & Associates, P.C.<br>1 North Dearborn, Suite 1300<br>Chicago, IL 60602-4321 | East Bay Funding, LLC its successors and ass<br>as assignee of CR Evergreen, LLC<br>Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29602-0288 | Emc Mortgage<br>Po Box 293150<br>Lewisville, TX 75029-3150 |
| First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | First Usa Bank N A<br>1001 Jefferson Plaza<br>Wilmington, DE 19801-1493 | Fleet Cc<br>300 Wakefield Dr<br>Newark, DE 19702-5419 |
| G M A C<br>15303 S 94th Ave<br>Orland Park, IL 60462-3825 | H&F Law<br>33 N Lasalle Ste. 1200<br>Chicago, IL 60602-3415 | H&R Block<br>PO Box 790128<br>Saint Louis, MO 63179-0128 |
| Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Hsbc/Bsbuy<br>Po Box 15519<br>Wilmington, DE 19850-5519 | Hsbc/Rs<br>90 Christiana Rd<br>New Castle, DE 19720-3118 |
| I C System Inc<br>Po Box 64378<br>Saint Paul, MN 55164-0378 | Ispfcu<br>730 Engineering Ave<br>Springfield, IL 62703-5908 | Kohl's<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Kohls/Chase<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 | Sandy Kudla<br>16 W. 215 Burr Ridge<br>Burr Ridge, IL 60527 | Nicor Gas<br>1844 Ferry Road<br>Naperville, IL 60563-9600 |
| Nicor Gas<br>PO Box 549<br>Aurora IL 60507-0549 | Marc Pearlman<br>70 W Madison St  # 5350<br>Chicago, IL 60602 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Bank Of America<br>POB 41067<br>Norfolk VA 23541-1067 |
| PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Citibank<br>POB 41067<br>Norfolk VA 23541-1067 | PYOD, LLC its successors and assigns as assi<br>of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | PayPal Inc<br>PO Box 45950<br>Omaha, NE 68145-0950 |
| Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Wffinance<br>2501 Seaport Dr Ste Bh30<br>Chester, PA 19013-2249 | Wfnnb/Limited<br>Po Box 330066<br>Northglenn, CO 80233-8066 |
| Wfnnb/Roomplace<br>Po Box 2974<br>Shawnee Mission, KS 66201-1374 | Wfnnb/Victorias Secret<br>Po Box 182128<br>Columbus, OH 43218-2128 | Wfnnb/Express<br>Po Box 330066<br>Northglenn, CO 80233-8066 |