UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Christopher M Kudla | § | Case No. 10-26894 |
| Tricia L. Kudla | § | |
| | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Cindy M. Johnson, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 164,750.00<br>*(Without deducting any secured claims)* | Assets Exempt: 55,450.00 |
| Total Distributions to Claimants: 7,691.12 | Claims Discharged<br>Without Payment: 34,737.00 |
| Total Expenses of Administration: 175,638.76 | |

3) Total gross receipts of $ 390,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 206,670.12 (see **Exhibit 2**), yielded net receipts of $ 183,329.88 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 220,100.00 | $ 231,375.01 | $ 231,375.01 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 175,638.76 | 175,638.76 | 175,638.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 20,289.00 | 8,799.79 | 7,509.96 | 7,691.12 |
| **TOTAL DISBURSEMENTS** | $ 240,389.00 | $ 415,813.56 | $ 414,523.73 | $ 183,329.88 |

4) This case was originally filed under chapter 7 on 06/15/2010. The case was pending for 92 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/12/2018           By:/s/Cindy M. Johnson, Trustee
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Claim | 1142-000 | 390,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 390,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Kudla, Christopher M | Exemptions | 8100-002 | 18,250.00 |
| Christopher M Kudla | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 188,420.12 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 206,670.12** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chrysler Financial c/o Kathryn A. Klien 7700 Bonhomme, 7th Floor Saint Louis, MO 63105 | | 17,550.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | Chase Home Finance, Llc | 4110-000 | 185,000.00 | 212,701.02 | 212,701.02 | 0.00 |
| 6 | Chrysler Financial Services Americas, L.L.C. | 4110-000 | 17,550.00 | 18,673.99 | 18,673.99 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 220,100.00 | $ 231,375.01 | $ 231,375.01 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cindy M. Johnson | 2100-000 | NA | 12,416.49 | 12,416.49 | 12,416.49 |
| Cindy M. Johnson | 2200-000 | NA | 135.36 | 135.36 | 135.36 |
| BOK Financial | 2600-000 | NA | 479.04 | 479.04 | 479.04 |
| Kerns, Frost & Pearlman, LLC | 3210-000 | NA | 156,000.00 | 156,000.00 | 156,000.00 |
| P. C. Zane Zielinski | 3210-000 | NA | 5,915.00 | 5,915.00 | 5,915.00 |
| Kerns, Frost & Pearlman, LLC | 3220-000 | NA | 563.25 | 563.25 | 563.25 |
| P. C. Zane Zielinski | 3220-000 | NA | 129.62 | 129.62 | 129.62 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 175,638.76 | $ 175,638.76 | $ 175,638.76 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sandy Kudla 16 W. 215 Burr Ridge Burr Ridge, IL 60527 | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American General Finan 600 N Royal Ave Evansville, IN 47715 | | 0.00 | NA | NA | 0.00 |
| | Bill Me Later P.O. Box 105658 Atlanta, GA 30348 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chrysler Financial 999 Oakmont Plaza Dr Westmont, IL 60559 | | 0.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 4,317.00 | NA | NA | 0.00 |
| | First Premier Bank 601 S Minnesota Ave Sioux Falls, SD 57104 | | 495.00 | NA | NA | 0.00 |
| | First Usa Bank N A 1001 Jefferson Plaza Wilmington, DE 19701 | | 0.00 | NA | NA | 0.00 |
| | Fleet Cc 300 Wakefield Dr Newark, DE 19702 | | 0.00 | NA | NA | 0.00 |
| | G M A C 15303 S 94th Ave Orland Park, IL 60462 | | 9,483.00 | NA | NA | 0.00 |
| | H&F Law 33 N Lasalle Ste. 1200 Chicago, IL 60602 | | 903.00 | NA | NA | 0.00 |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/Bsbuy Po Box 15519 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/Rs 90 Christiana Rd New Castle, DE 19720 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | I C System Inc Po Box 64378 Saint Paul, MN 55164 | | 502.00 | NA | NA | 0.00 |
| | Ispfcu 730 Engineering Ave Springfield, IL 62703 | | 493.00 | NA | NA | 0.00 |
| | Wffinance 2501 Seaport Dr Ste Bh30 Chester, PA 19013 | | 994.00 | NA | NA | 0.00 |
| | Wfnnb/Limited Po Box 330066 Northglenn, CO 80233 | | 0.00 | NA | NA | 0.00 |
| 3 | American Infosource Lp As Agent For | 7100-000 | 1,809.00 | 1,969.47 | 1,577.47 | 1,577.47 |
| 5 | American Infosource Lp As Agent For | 7100-000 | NA | 449.82 | 360.29 | 360.29 |
| 19 | Capital One Bank (Usa), N.A. | 7100-000 | 1,293.00 | 1,354.66 | 1,354.66 | 1,354.66 |
| 15 | Paypal Inc | 7100-000 | NA | 809.26 | 648.18 | 648.18 |
| 10 | Pra Receivables Management, Llc | 7100-000 | NA | 3,251.76 | 2,604.54 | 2,604.54 |
| 20 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 964.82 | 964.82 | 964.82 |
| | American Infosource Lp As Agent For | 7990-000 | NA | NA | NA | 46.74 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank (Usa), N.A. | 7990-000 | NA | NA | NA | 32.68 |
| | Paypal Inc | 7990-000 | NA | NA | NA | 15.64 |
| | Pra Receivables Management, Llc | 7990-000 | NA | NA | NA | 62.83 |
| | Pyod, Llc Its Successors And Assigns As Assignee | 7990-000 | NA | NA | NA | 23.27 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 20,289.00 | $ 8,799.79 | $ 7,509.96 | $ 7,691.12 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 10-26894 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Cindy M. Johnson, Trustee |
| Case Name: | Christopher M Kudla | | | | Date Filed (f) or Converted (c): | 06/15/2010 (f) |
| | Tricia L. Kudla | | | | 341(a) Meeting Date: | 05/22/2014 |
| For Period Ending: | 01/12/2018 | | | | Claims Bar Date: | 07/20/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Personal Injury Claim (u) | 233,436.75 | 350,000.00 | | 390,000.00 | FA |
| 2. Real Property | 170,000.00 | Unknown | | 0.00 | FA |
| 3. Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 4. Household goods and furnishings, including audio, video, and | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5. Books, pictures and other art objects; antiques; stamp, coin | 200.00 | 0.00 | | 0.00 | FA |
| 6. Wearing apparel. | 800.00 | 0.00 | | 0.00 | FA |
| 7. Firearms and sports, photographic, and other hobby equipment | 100.00 | 0.00 | | 0.00 | FA |
| 8. Interests in IRA, ERISA, Keogh or other pension or profit sh | Unknown | Unknown | | 0.00 | FA |
| 9. Automobiles, trucks, trailers, and other vehicles and access | 17,550.00 | 15,150.00 | | 0.00 | FA |
| 10. Automobiles, trucks, trailers, and other vehicles and access | 12,000.00 | 9,600.00 | | 0.00 | FA |
| 11. office equipment, furnishings, and supplies | 200.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $435,386.75   $375,750.00   $390,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

This case was reopened in order to administer an asset from likely litigation settlement. Trustee hired counsel. Settlement approved 7/7/17 (doc. 120). Settlement sufficient to pay all allowed claims with interest and provided for surplus to be returned to Debtor (H).
All assets other than the settlement were fully administered by the prior trustee (Thomas Sullivan) as of 5/28/14 when he filed his report of no assets.

| | | | |
|---|---|---|---|
| RE PROP # | 2 | -- | 61 Kentland Drive, Romeoville, Illinois 60446- Petition amended 9/2 added 10 of |
| RE PROP # | 3 | -- | Cash on Hand |
| RE PROP # | 4 | -- | Miscellaneous furniture and furnishings, including but not limited; 3 bedes, 1 TV, 1 VCR, 1 DVD, stereo, 3 Sofa', 1 Loveseat, 6 chairs entertainment center, 2 end tables, mirrior, dining room table, dish sets, washer, dryer, microwave, garden tools , and mower |
| RE PROP # | 5 | -- | Family pictures and books |
| RE PROP # | 6 | -- | Necessary wearing apparel |
| RE PROP # | 7 | -- | Firearm (Glock) |
| RE PROP # | 8 | -- | Policeman's Pension Fund and Wife's (401 K Unknown for both) |
| RE PROP # | 9 | -- | 2006 Dodge Ram (55K) |
| RE PROP # | 10 | -- | 2007 Nissan Ultima (45K miles) (paid in full) |
| RE PROP # | 11 | -- | computer, desk and fax |

Initial Projected Date of Final Report (TFR): 10/13/2017       Current Projected Date of Final Report (TFR): 10/05/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 10-26894 | Trustee Name: | Cindy M. Johnson, Trustee | |
| Case Name: | Christopher M Kudla | Bank Name: | BOK Financial | |
| | Tricia L. Kudla | Account Number/CD#: | XXXXXX0429 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX7817 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 01/12/2018 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/21/17 | 1 | Dioscese of Joliet | Personal injury claim | 1142-000 | $390,000.00 | | $390,000.00 |
| 07/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $109.38 | $389,890.62 |
| 08/01/17 | 101 | Kudla, Christopher M<br>Jordan Legal Group, Ltd.<br>1999 W. Galena Blvd., Suite B<br>Aurora, Illinois  60506 | Exemption claimed in Settlement Payment | 8100-000 | | $18,250.00 | $371,640.62 |
| 08/01/17 | 102 | Kerns, Frost & Pearlman, LLC<br>30 W Monroe<br>Suite 1600<br>Chicago, Illinois 60603 | Firm's fees | 3210-000 | | $156,000.00 | $215,640.62 |
| 08/01/17 | 103 | Kerns, Frost & Pearlman, LLC<br>30 W Monroe<br>Suite 1600<br>Chicago, Illinois 60603 | Firm's Expenses | 3220-000 | | $563.25 | $215,077.37 |
| 08/07/17 | 101 | Kudla, Christopher M<br>Jordan Legal Group, Ltd.<br>1999 W. Galena Blvd., Suite B<br>Aurora, Illinois  60506 | Exemption claimed in Settlement Payment Reversal Debtor unable to cash check due to law firm address listed on check | 8100-000 | | ($18,250.00) | $233,327.37 |
| 08/07/17 | 104 | Christopher M Kudla | Exemption claimed in Settlement Payment | 8100-002 | | $18,250.00 | $215,077.37 |
| 08/22/17 | 105 | Zane L. Zielinski P. C.<br>The Law Office of Zane L. Zielinski, P.C.<br>6336 North Cicero Ave.<br>Suite 201<br>Chicago, IL 60646 | Attorney fees | 3210-000 | | $5,915.00 | $209,162.37 |
| 08/22/17 | 106 | Zane L. Zielinski P. C.<br>The Law Office of Zane L. Zielinski, P.C.<br>6336 North Cicero Ave.<br>Suite 201<br>Chicago, IL 60646 | Attorney expenses | 3220-000 | | $129.62 | $209,032.75 |
| 08/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $369.66 | $208,663.09 |

Page Subtotals: $390,000.00   $181,336.91

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-26894 | Trustee Name: | Cindy M. Johnson, Trustee |
|---|---|---|---|
| Case Name: | Christopher M Kudla | Bank Name: | BOK Financial |
| | Tricia L. Kudla | Account Number/CD#: | XXXXXX0429 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX7817 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/12/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/03/17 | 107 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $12,416.49 | $196,246.60 |
| 11/03/17 | 108 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $135.36 | $196,111.24 |
| 11/03/17 | 109 | American Infosource Lp As Agent For<br>World Financial Network National Bank As<br>Harlem Furniture<br>Po Box 248872<br>Oklahoma City, Ok 73124-8872 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | $1,615.52 | $194,495.72 |
| | | | ($38.05) | 7990-000 | | | |
| | | American Infosource Lp As Agent For | Final distribution to claim 3 representing a payment of 100.00 % per court order. ($1,577.47) | 7100-000 | | | |
| 11/03/17 | 110 | American Infosource Lp As Agent For<br>T Mobile/T-Mobile Usa Inc<br>Po Box 248848<br>Oklahoma City, Ok 73124-8848 | Final distribution to claim 5 representing a payment of 100.00 % per court order. | | | $368.98 | $194,126.74 |
| | | | ($8.69) | 7990-000 | | | |
| | | American Infosource Lp As Agent For | Final distribution to claim 5 representing a payment of 100.00 % per court order. ($360.29) | 7100-000 | | | |
| 11/03/17 | 111 | Pra Receivables Management, Llc<br>As Agent Of Portfolio Recovery Assocs.<br>C/O Citibank<br>Pob 41067<br>Norfolk Va 23541 | Final distribution to claim 10 representing a payment of 100.00 % per court order. | | | $2,667.37 | $191,459.37 |
| | | | ($62.83) | 7990-000 | | | |
| | | Pra Receivables Management, Llc | Final distribution to claim 10 representing a payment of 100.00 % per court order. ($2,604.54) | 7100-000 | | | |
| 11/03/17 | 112 | Paypal Inc<br>Po Box 45950<br>Omaha, Ne 68145-0950 | Final distribution to claim 15 representing a payment of 100.00 % per court order. | | | $663.82 | $190,795.55 |

Page Subtotals: $0.00 $17,867.54

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-26894 | Trustee Name: Cindy M. Johnson, Trustee |
| Case Name: Christopher M Kudla | Bank Name: BOK Financial |
| Tricia L. Kudla | Account Number/CD#: XXXXXX0429 |
| | Checking |
| Taxpayer ID No: XX-XXX7817 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/12/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | ($15.64) | 7990-000 | | | |
| | | Paypal Inc | Final distribution to claim 15 representing a payment of 100.00 % per court order. ($648.18) | 7100-000 | | | |
| 11/03/17 | 113 | Capital One Bank (Usa), N.A. Po Box 71083 Charlotte, Nc 28272-1083 | Final distribution to claim 19 representing a payment of 100.00 % per court order. | | | $1,387.34 | $189,408.21 |
| | | | ($32.68) | 7990-000 | | | |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 19 representing a payment of 100.00 % per court order. ($1,354.66) | 7100-000 | | | |
| 11/03/17 | 114 | Pyod, Llc Its Successors And Assigns As Assignee Of Fnbm, Llc Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Final distribution to claim 20 representing a payment of 100.00 % per court order. | | | $988.09 | $188,420.12 |
| | | | ($23.27) | 7990-000 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 20 representing a payment of 100.00 % per court order. ($964.82) | 7100-000 | | | |
| 11/03/17 | 115 | Christopher M Kudla | Distribution of surplus funds to debtor. | 8200-002 | | $188,420.12 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $390,000.00 | $390,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $390,000.00 | $390,000.00 |
| Less: Payments to Debtors | $0.00 | $206,670.12 |
| Net | $390,000.00 | $183,329.88 |

Page Subtotals: $0.00   $190,795.55

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0429 - Checking | $390,000.00 | $183,329.88 | $0.00 |
|  | $390,000.00 | $183,329.88 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $390,000.00 |
| Total Gross Receipts: | $390,000.00 |

Page Subtotals:　　　　　　$0.00　　　$0.00